FILED
2010 Mar-12  AM 09:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CARLOS DWIGHT POSEY,** | ) |
| Plaintiff | ) |
| vs. | ) Case No. **2:08-cv-00401-AKK-HGD** |
| **CHARLES NEWFIELD,** | ) |
| Defendant. | ) |

## SUMMARY JUDGMENT ORDER

In accordance with the Memorandum Opinion entered contemporaneously herewith, it is hereby ORDERED, ADJUDGED, and DECREED that defendant Newfield's motion for summary judgment as to the plaintiff's Fourth Amendment excessive force claim against him is DENIED.

Defendant Newfield is hereby ORDERED to file an answer within twenty (20) days of the entry date of this order.

DONE this 12th day of March, 2010.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE